4-1
REK

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Frank Coleman,
Defendant.

~~Criminal~~ Civil Action

Case No. 03 CV 12309 GAO

**PETITION FOR WRIT OF HABEAS CORPUS, Title 28 USC §2255**

The petitioner, petitions this court of jurisdiction for an order that petitioner be resentenced to a downward departure sentence based on the arguments contained in this application for **Writ of Habeas Corpus**, the petitioner believes that he is entitled to such relief based on the circumstances of his confinement. **WHEREFORE**, the petitioner pray for such relief.

Respectfully Submitted

Frank Coleman

Frank Coleman
Pro Se Petitioner

AO 243 (Rev. 2/95) PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District OF BOSTON MASS. | |
|---|---|---|
| Name of Movant Frank Coleman | Prisoner No. 23717-038 | Case No. |
| Place of Confinement Allenwood Medium Prison | | |

UNITED STATES OF AMERICA V. FRANK COLEMAN (name under which convicted)

MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF BOSTON, MASS.

2. Date of judgment of conviction June 24, 2001 date of sentencing

3. Length of sentence SIXTY MONTHS (60)

4. Nature of offense involved (all counts) DRUG TRAFFIKING, AND BEING AN ILLEGAL ALIEN FOUND INSIDE THE UNITED STATES. TITLE 8 §1326 (a)(2), AND WEAPON.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court ______

(b) Result ______

(c) Date of result ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No XXxxx no appeal or any action pending:

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Ineffective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law)

Counsel should had motion the court for a downward departure because of the severity of security level that petitioner would be housed under because of his alien status. Would not be for the alien status, the petitioner would be housed in the lowest security in the United States Prison System. Petitioner deserves a departure.

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law)

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A. B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Counsel failed to inform petitioner that SUCH departure were available. Petitioner just recently came into the knowledge that he was in fact entitled to such departure.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea √ Benjamin Ainstein

(c) At trial

(d) At sentencing √ Benjamin Ainstein

(e) On appeal ______________________________

(f) In any post-conviction proceeding ______________________________

(g) On appeal from any adverse ruling in a post-conviction proceeding ______________________________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐ No XX

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No XX

(a) If so, give name and location of court which imposed sentence to be served in the future: ______________________________

(b) Give date and length of the above sentence: ______________________________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

______________________________
Signature of Attorney (if any)
**Pro Se**

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/14/03
(Date)

Frank Coleman
Signature of Movant

# PROOF OF SERVICE

I certify that on 10-14-03 (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

United States Attorney
District of Mass.
United States Courthouse
one Courthouse Way
Boston, Mass. 02210

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 10-14-03 (date) for forwarding to the Cou[illegible] I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Frank Coleman
Signature

Dated: 10-14-03