UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>Frank Coleman,<br><br>        Defendant. | Civil Action<br><br>**03-12309-GAO**<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS, Title 28 USC §2255 |

The petitioner, petitions this court of jurisdiction for an order that petitioner be resentenced to a downward departure sentence based on the arguments contained in this application for **Writ of Habeas Corpus**, the petitioner believes that he is entitled to such relief based on the circumstances of his confinement. **WHEREFORE**, the petitioner pray for such relief.

Respectfully Submitted

*Frank Coleman*

Frank Coleman
Pro Se Petitioner

| UNITED STATES DISTRICT COURT | District OF BOSTON MASS. | | |
|---|---|---|---|
| Name of Movant  Frank Coleman | Prisoner No. 23717-038 | | Case No. |
| Place of Confinement  Allenwood Medium Prison | | | |

UNITED STATES OF AMERICA       V.    **FRANK COLEMAN**

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  **UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF BOSTON, MASS.**

2. Date of judgment of conviction  **June 24, 2001 date of sentencing**

3. Length of sentence  **SIXTY MONTHS      (60)**

4. Nature of offense involved (all counts)  **DRUG TRAFFIKING. AND BEING AN ILLEGAL ALIEN FOUND INSIDE THE UNITED STATES. TITLE 8 §1326 (a)(2), AND WEAPON.**

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

9.  If you did appeal, answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐       No ☒xxx <u>no appeal or any action pending:</u>

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes ☐       No ☐

       (5) Result _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised _____

       _____

       _____

       _____

       _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____ N/A _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: __Ineffective assistance of counsel__

Supporting FACTS (state *briefly* without citing cases or law)

Counsel should had motion the court for a downward departure because of the severity of security level that petitioner would be housed under because of his alien status. Would not be for the alien status, the petitioner would be housed in the lowest security in the United States Prison System. Petitioner deserves a departure.

B.   Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

C.   Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

AO 243 (Rev. 2/95)

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __Counsel failed to inform petitioner that SUCH departure were available. Petitioner just recently came into the knowledge that he was in fact entitled to such departure.__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____

    (b) At arraignment and plea ✓ __Benjamin Ainstein__

    (c) At trial _____

    (d) At sentencing ✓ __Benjamin Ainstein__

(6)

AO 243 (Rev. 2/95)

(e) On appeal _____

_____

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   _____

   _____

   (b) Give date and length of the above sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
       Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)
**Pro Se**

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/14/03
/(Date)

*Frank Coleman*
Signature of Movant

# PROOF OF SERVICE

I certify that on __10-14-03__ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addresses listed below:

United States Attorney
District of Mass.
United States Courthouse
One Courthouse Way
Boston, Mass. 02210

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __10-14-03__ (date) for forwarding to the Cou      I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Frank Coleman_
Signature

Dated: __10-14-03__