UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12309-GAO

FRANK COLEMAN,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

ORDER OF DISMISSAL
November 24, 2003

O'TOOLE, D.J.

It appears that the petitioner's motion under 28 U.S.C. § 2255 is time-barred, for the reasons set forth in the respondent's opposition. Accordingly, the motion is DENIED.

Judgment shall enter accordingly.

_November 24, 2003_
DATE

_/s/ [signature]_
DISTRICT JUDGE