## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FRANK COLEMAN
       Petitioner

v.                          CIVIL ACTION NO. 03-12309-GAO

UNITED STATES OF AMERICA
       Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It appears that the petitioner's motion under 28 USC Sec. 2255 is time-barred, for the reasons set forth in the respondent's opposition. Accordingly, the motion is DENIED.

                                              TONY ANASTAS,
                                              CLERK OF COURT

Dated: November 25, 2003                By  Paul S. Lyness
                                                     Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                 [jgm.]